IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KATRINA WILLIAMS, | * |
| Plaintiff, | * |
| v. | Case No. 7:18-CV-31(HL) |
| | * |
| RAINBOW PEDIATRICS ASSOCIATES, P.C., THE UROLOGY INSTITUTE AND CONTINENCE CENTER, P.C., FRANK E. GLOVER, JR., individually, and MARSHA D. GLOVER, individually, | * * * |
| Defendants. | * |

**J U D G M E N T**

Pursuant to the jury verdict dated June 24, 2021, and for the reasons stated therein, JUDGMENT is hereby entered as follows:

In favor of Plaintiff against Defendant The Urology Institute and Continence Center, P.C., in the amount of $9,126.00; and in favor of Plaintiff against Defendants Frank E. Glover, Jr. and Marsha D. Glover in the amount of $5,100.00. These amounts shall accrue interest from the date of entry of judgment at the rate of .08 % per annum until paid in full. Plaintiff shall also recover costs of this action against Defendants The Urology Institute and Continence Center, P.C., Frank E. Glover, Jr. and Marsha D. Glover; and

In favor of Defendant Rainbow Pediatrics Associates, P.C. Defendant Rainbow Pediatrics Associates, P.C. shall also recover costs of this action.

This 25th day of June, 2021.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk